UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| JEREMY GERALD )<br>              Plaintiff, )<br>v. )<br>)<br>TAMMY O'BRIEN Judge Summit )<br>County Common Pleas Court, OHIO )<br>ADULT PAROLE AUTHORITY )<br>              Defendants. ) | **JUDGMENT**<br>5:23-CV-468-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the memorandum and recommendations of the United States Magistrate Judge.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered April 1st, 2024, and for the reasons set forth more specifically therein, that this action is DISMISSED for lack of subject matter jurisdiction and for failure to state a claim upon which relief can be granted.

**This Judgment Filed and Entered on April 1, 2024, and Copies To:**
Jeremy Gerald (via US mail) 524 Cooper Rd., Raleigh, NC 27610


April 1, 2024                                PETER A. MOORE, JR., CLERK

                                                 /s/Alexus C. Carter
                                 (By)   Alexus C. Carter, Deputy Clerk